IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. GERMAINE and
XIAOHONG ZHANG-GERMAINE,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        13-cv-824-bbc

v.

SUSSEK MACHINE CORPORATION and
CHRISTOPHER SUSSEK,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

/s/                                                       3/19/2014

Peter Oppeneer, Clerk of Court                 Date