**March 26, 2014**          via post/2-Pages + Attachment

DOC NO
REC'D/FILED
2014 APR -2 AM 9: 56
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**Western District of Wisconsin**
**Clerk, United States District Court**
Honorable District Judge Barbra Crabb
120 North Henry Street
Room 320
Milwaukee, WI 53202

**District IV Appeals Court Dane County,**
Waushara, Wood counties
10 E. Doty Street, Suite 700
Madison, WI 53703-3397
Phone: (608) 266-9250
Fax: (608) 267-0432

**District I Appeals Court**
Milwaukee County
330 East Kilbourn Avenue, Suite 1020
Milwaukee, WI 53202-3161
Phone: (414) 227-4680
Fax: (414) 227-4051

**Re:** Notice of Appeal in Judgment in Case No.13-c-824-bbc and/or other resolution

Pleadings in this case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria, pleadings are not to be held to the same high standards of perfection as practicing lawyers. **See** Haines v. Kerner 92 Sct 594, also **See** Power 914 F2d 1459 (11th Cir1990), also See Hulsey v. Ownes 63 F3d 354 (5th Cir 1995). also **See** In Re: HALL v. BELLMON 935 F.2d 1106 (10th Cir. 1991).

Please be informed that Xiaohong Zhang-Germaine does not write or read English well. He understanding is good and she speaks well. Xiaohong has been an American Citizen for approximately 20 years and as a Fighter Trainer lost parts of her spinal Colum and continues to exhibit mental issues. It would be a cruel injustice for her to lose the three years of pay along with the associated Social Security Benefits if the Pro Se in the Same Case John W. Germaine were to pass on. The Pro Se is approximately 12 years her senior.

This case involves a breach of a five year written contract and other contracts after the first rate completion of Sussek Machine Suzhou Corporation by the Plaintiffs three years before the end of their contracts. Mr. Sussek the son and new owner of the factory setup to support John Deere parts in China apparently felt the hiring of local managers after the difficult work, FACTORY BUILD, HIRING, ISO ADIT, JD AUDIT, SIX SIGMA TRAINING, MANUFACTUING SETUP, MACHINES, FOUNDRIES, REATIONSHIPS, etc. was finished would save money. In addition to the 5 Year Contract and Tax Payments made in China not the USA as agreed, there were other breached contracts such as return of personal belongings, air fares, and repatriation. It

is impossible to work in China without a contract in the Business License; in fact it would be impossible to obtain a work contract to do the jobs we did.

In addition please see Notice of Appeal in Judgment in Case No.13-c-B823-bbc and/or other resolution. On August 1st the statue of limitations runs out on Case No.13-c-824-bbc in which we hired an attorney with **Lynn Novotnak** of **Hawks Quindel Ehlke & Perry, S. C.** in Milwaukee, WI 53201-0442 paid her to support our cases and Ms. Zhang's but the attorney never showed up.

We do not want to lose the opportunity of a court case in this unfair judgment. The tolling for this time to file has been the Pro Se's lack of money, illness including surgery, and mistaken medical treatments for by the Pro Se's doctor for memory loss. Ms. Zhang does not only does not understand US Law but is unable to try the case. **See:** Foster v. Murphy 686 F.Supp.471, 474 (1988); O'Connor v. United States (1987) 669 F. Supp. 317,324.

As a Pro Se I have had to learn the law at the age of 66. Even more disturbing is the constant lack of blood flow especially in the back and feet that cause constant pain and arthritis. You're Honor we ask that this appeal be taken, forwarded, to the correct court in order to meet its timeliness. "Where a plaintiff pleads pro se in a suit for protection of civil rights, the court should endeavor to construe the Plaintiff's pleading without regard to technicalities." **See:** Walter Process Equipment v. Food Machinery 382 U.S. 172 (1965) it was held that in a "motion to dismiss", the material allegations of the complaint are taken as admitted."

Sincerely,

John W. Germaine & Xiaohong Zhang-Germaine
*/S/John W. Germaine*
***Pro Se***
205 E. School Road
Cottage Grove, WI. 53527
608 839 1381(H)
Johngermaine8@aol.com
March 26, 2014

Attachment (1)